# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 08 C 1167
DAVID DE GROOT
-vs-
SUBURBAN BANK & TRUST CO. and
SUBURBAN BANK & TRUST 401(k)
PROFIT SHARING PLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Suburban Bank & Trust Co. and
Suburban Bank & Trust 401(k) Profit Sharing Plan

| NAME (Type or print) |
|---|
| Michael J. Scotti, III |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael J. Scotti, III |

| FIRM |
|---|
| Freeborn & Peters LLP |

| STREET ADDRESS |
|---|
| 311 S. Wacker Drive - Suite 3000 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6205868 | 312-360-6374 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |