IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DEGROOT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUBURBAN BANK & TRUST CO. and ) <br> SUBURBAN BANK AND TRUST 401(k) ) <br> PROFIT SHARING PLAN, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 08-C-1167 <br><br> Honorable Samuel Der-Yeghiayan |

**UNCONTESTED MOTION FOR ADDITIONAL
TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Suburban Bank & Trust Co. and Suburban Bank and Trust 401(k) Profit Sharing Plan ("Suburban"), by and through their attorneys, Freeborn & Peters LLP, file this Motion for Additional Time to Answer or Otherwise Respond to Complaint, and in support hereof state as follows:

1. On February 26, 2008, Plaintiff David Degroot ("Degroot") filed his complaint in this matter (the "Complaint"). (Dkt. No. 1.)

2. On March 26, 2008, Suburban agreed to waive service of summons. (Dkt. No. 5.) That waiver required an answer or other responsive pleading to be filed on or before April 28, 2008. (*Id.*)

3. Suburban promptly tendered the lawsuit to its insurer and has yet to resolve issues related to that tender. As a result, Suburban has just recently authorized Freeborn & Peters LLP to defend its interests in this litigation.

- 2 -

4.    In order to more fully investigate the allegations in the Complaint so that Suburban can file an appropriate responsive pleading, Suburban requires 10 additional days to answer or otherwise respond. A 10-day extension will make Suburban's responsive pleading due on May 8, 2008.

5.    On April 22, 2008, counsel for Suburban spoke with counsel for Degroot to request an agreement on the 10-day extension. Counsel for Degroot stated that he did not object to the 10-day extension.

6.    This Motion is not brought for any dilatory purpose. Degroot will not be prejudiced by the short extension.

WHEREFORE, Suburban respectfully requests that the Court enter an order Granting Suburban until May 8, 2008 to answer or otherwise respond to the Complaint.

Dated: April 22, 2008

Respectfully submitted,

SUBURBAN BANK & TRUST CO. and
SUBURBAN BANK AND TRUST 401(k)
PROFIT SHARING PLAN

By:   s/ Michael J. Scotti, III
          One of their attorneys

Michael J. Scotti, III #6205868
Daniel S. Dooley # 6274831
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6573