IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DEGROOT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUBURBAN BANK & TRUST CO. and )<br>SUBURBAN BANK AND TRUST 401(k) )<br>PROFIT SHARING PLAN, )<br>)<br>Defendant. )<br>_____ ) | Case No. 08-C-1167<br><br>Honorable Samuel Der-Yeghiayan |

## NOTICE OF MOTION

TO:   Mark D. Debofsky
       Daley, Debofsky & Bryant
       55 West Monroe, Suite 2440
       Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Tuesday April 29, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Samuel Der-Yeghiayan, or any judge sitting in his stead, at 219 South Dearborn, Room 1903, Chicago, Illinois, and shall then and there present the attached Uncontested Motion for Additional Time to Answer or Otherwise Respond to Complaint, a copy of which is hereby served upon you.

Dated: April 22, 2008

Respectfully submitted,

SUBURBAN BANK & TRUST CO. and
SUBURBAN BANK AND TRUST 401(k)
PROFIT SHARING PLAN

By:   s/ Michael J. Scotti, III
         One of their attorneys

Michael J. Scotti, III #6205868
Daniel S. Dooley # 6274831
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6573