IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DEGROOT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUBURBAN BANK & TRUST CO. and )<br>SUBURBAN BANK AND TRUST 401(k) )<br>PROFIT SHARING PLAN, )<br>)<br>Defendant. )<br>) | Case No. 08-C-1167<br><br>Honorable Samuel Der-Yeghiayan |

## CERTIFICATE OF SERVICE

I, Daniel S. Dooley, an attorney, certify that, on April 22, 2008, true and correct copies of the foregoing Uncontested Motion for Additional Time to Answer or Otherwise Respond to Complaint were transmitted to and served upon counsel for Plaintiff, named below, by way of the Court's Electronic Filing System, pursuant to Local Rule 5.9.

                                                                                   s/ Daniel S. Dooley

Mark D. Debofsky
Daley, Debofsky & Bryant
55 West Monroe, Suite 2440
Chicago, Illinois 60602
Counsel for Plaintiff