IN THE UNITED STATES DISTRICT COURT
FOR TH NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DE GROOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 08 C 1167 |
| ) | |
| SUBURBAN BANK & TRUST CO. ) | Judge Samuel Der-Yeghiayan |
| and SUBURBAN BANK & TRUST ) | Magistrate Judge Maria G. Valdez |
| 401(k) PROFIT SHARING PLAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Mark D. DeBofsky
      Daley, DeBofsky & Bryant
      55 West Monroe St., Suite 2440
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on May 15, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sammuel Der-Yeghiayan in Courtroom 1903, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendants' 12(b)(6) Motion to Dismiss, a copy of which is attached and served upon you.

Dated: May 8, 2008

Respectfully submitted,

SUBURBAN BANK AND TRUST CO. and
SUBURBAN BANK AND TRUST 401(k)
PROFIT SHARING PLAN

By:   s/ Michael J. Scotti, III
      One of their attorneys

Michael J. Scotti, III
Daniel S. Dooley
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6573