## CERTIFICATE OF SERVICE

Daniel S. Dooley, an attorney, certifies that true and correct copies of the foregoing Defendants 12(b)(6) Motion to Dismiss, and the accompanying Notice of Motion, were transmitted to and served upon counsel for Plaintiff, named below, by operation of the Court's Electronic Filing System, and by placing said documents in an envelope correctly addressed to the below-named, and placing same with the United States Post Office at 311 South Wacker, Chicago, Illinois on May 9, 2008.

s/ Daniel S. Dooley

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 West Monroe St., Suite 2440
Chicago, Illinois 60602