IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DE GROOT, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No. 08 C 1167 |
| ) | |
| SUBURBAN BANK & TRUST CO. ) | Judge Samuel Der-Yeghiayan |
| and SUBURBAN BANK & TRUST ) | Magistrate Judge Maria G. Valdez |
| 401(k) PROFIT SHARING PLAN, ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

I, Michael J. Scotti, III, an attorney, certify that, on May 9, 2008, a true and correct copy of the parties' **JOINT INITIAL STATUS REPORT** was transmitted to and served upon counsel for Plaintiff, named below, by way of the Court's Electronic Filing System, pursuant to Local Rule 5.9.

Mark D. Debofsky
Daley, Debofsky & Bryant
55 West Monroe, Suite 2440
Chicago, Illinois 60602

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael J. Scotti, III