IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DEGROOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 1167 |
| ) | Judge Der-Yehgiayan |
| SUBURBAN BANK & TRUST CO., and ) | |
| SUBURBAN BANK & TRUST 401(k) ) | |
| PROFIT SHARING PLAN, ) | |
| ) | |
| Defendants. ) | |

**JOINT JURISDICTIONAL REPORT**

In compliance with the Court's standing order requiring a joint jurisdictional status report to be filed at least 4 business days before the initial status conference, which is set for May 15, 2008, the parties submit the following:

Plaintiff, David DeGroot, is represented by attorney Mark D. DeBofsky and Daley, DeBofsky, & Bryant. Defendant, Suburban Bant & Trust Co., and Suburban Bank & Trust 401(k) Profit Sharing Plan ("Suburban"), is represented by Michael J. Scotti and Freeborn & Peters LLP.

I.   Subject Matter Jurisdiction:

Jurisdiction of this Court is based upon the Employee Retirement Income Security Act of 1974 (ERISA); and, in particular, 29 U.S.C. §§1132(e)(1) and 1132(f). Those provisions give the district court jurisdiction to hear civil actions brought to remedy violations of the ERISA law. To the extent the claims under ERISA are properly established, the court has supplemental jurisdiction over plaintiff's state law claim pursuant to 28 U.S.C. §1367(a).

II.     Venue (Plaintiff's Position):

Venue is proper in the Northern District of Illinois because Plaintiff is and was a resident of Lombard, Illinois at all times relevant hereto, and Defendant is an Illinois Company with its principal place of business in Elmhurst, Illinois. 29 U.S.C. §1132(e)(2), 28 U.S.C. §1391.

                                                                             Respectfully submitted,

| /s/ Mark D. DeBofsky | /s/ Michael J. Scotti, III |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant, Suburban Bank & Trust Co. |
| | |
| Mark D. DeBofsky | Michael J. Scotti, III |
| Daley, DeBofsky & Bryant | Freeborn & Peters LLP |
| 55 W. Monroe Street, Suite 2440 | 311 S. Wacker Dr., Suite 3000 |
| Chicago, Illinois 60603 | Chicago, Illinois 60606 |
| (312) 372-5200 | (312) 360-6000 |
| Fax: (312) 372-2778 | Fax: (312) 360-6520 |