IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DE GROOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 08 C 1167 |
| ) | |
| SUBURBAN BANK & TRUST CO. ) | Judge Samuel Der-Yeghiayan |
| and SUBURBAN BANK & TRUST ) | Magistrate Judge Maria G. Valdez |
| 401(k) PROFIT SHARING PLAN, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Michael J. Scotti, III, an attorney, certify that, on May 9, 2008, a true and correct copy of the parties' **JOINT JURISDICTIONAL REPORT** was transmitted to and served upon counsel for Plaintiff, named below, by way of the Court's Electronic Filing System, pursuant to Local Rule 5.9.

Mark D. Debofsky
Daley, Debofsky & Bryant
55 West Monroe, Suite 2440
Chicago, Illinois 60602

/s/ Michael J. Scotti, III

1537818v1/07470-0012