UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

David Degroot
                     Plaintiff,

v.                                        Case No.: 1:08−cv−01167
                                        Honorable Samuel Der−Yeghiayan

Suburban Bank & Trust Co., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 08/06/08 at 9:00 a.m. Defendants' motion to dismiss [9] is entered and continued. Plaintiff's response to Defendants' motion to dismiss hall be filed by 06/30/08 and Defendants' reply shall be filed by 07/18/08. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.