IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DE GROOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 08 C 1167 |
| ) | |
| SUBURBAN BANK & TRUST CO. ) | Judge Samuel Der-Yeghiayan |
| and SUBURBAN BANK & TRUST ) | Magistrate Judge Maria G. Valdez |
| 401(k) PROFIT SHARING PLAN, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION TO FILE REPLY BRIEF INSTANTER**

Defendants Suburban Bank & Trust Co. ("Suburban") and Suburban Bank & Trust 401(k) Profit Sharing Plan ("Plan"), respectfully present Defendants' Unopposed Motion To File Reply Brief, in support of their 12(b)(6) motion to dismiss, instanter, and in support hereof, state as follows:

1. Defendants' counsel was to file a Reply Brief in support of a 12(b)(6) motion to dismiss on Friday, July 18, 2008. (Document # 14)

2. Defendants were unable to complete and file their Reply Brief on Friday, July 18, 2008 due to the press of other matters and the shutting down of its internet services after hours for scheduled maintenance.

3. Defendants Reply Brief is completed and filed with this motion.

4. Counsel for the Defendants, Michael J. Scotti, spoke with Counsel for the Plaintiff, Mark DeBofsky, on Friday, July 18, 2008, to see if Plaintiff had an objection to Defendants' filing their Reply Brief on Monday, July 21, 2008. Counsel for Plaintiff stated that Plaintiff had no objection to Defendants' Reply Brief being filed Monday, July 21, 2008.

WHEREFORE, Defendants respectfully request leave to file their Reply Brief - in support of their 12(b)(6) Motion to Dismiss - instanter.

Dated: July 21, 2008

>Respectfully submitted,
>
>SUBURBAN BANK & TRUST CO. and SUBURBAN BANK AND TRUST 401(k) PROFIT SHARING PLAN
>
>By:   s/ Michael J. Scotti, III
>      One of their attorneys

Michael J. Scotti, III #6205868
Daniel S. Dooley # 6274831
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6374
Facsimile: (312) 360-6994

1589042v1/07470-0012