IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DE GROOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 08 C 1167 |
| ) | |
| SUBURBAN BANK & TRUST CO. ) | Judge Samuel Der-Yeghiayan |
| and SUBURBAN BANK & TRUST ) | Magistrate Judge Maria G. Valdez |
| 401(k) PROFIT SHARING PLAN, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Mark D. Debofsky
      Daley, Debofsky & Bryant
      55 West Monroe, Suite 2440
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Thursday, July 24, 208 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Samuel Der-Yeghiayan, or any judge sitting in his stead, at 219 South Dearborn, Room 1903, Chicago, Illinois, and shall then and there present the attached DEFENDANT'S MOTION TO FILE REPLY BRIEF, INSTANTER, acopy of which is hereby served upon you.

Dated:  July 21, 2008

Respectfully submitted,

SUBURBAN BANK & TRUST CO. and
SUBURBAN BANK AND TRUST 401(k)
PROFIT SHARING PLAN

By:  ___s/ Michael J. Scotti, III___
            One of their attorneys

Michael J. Scotti, III #6205868
Daniel S. Dooley # 6274831
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DE GROOT, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>SUBURBAN BANK & TRUST CO. )<br>and SUBURBAN BANK & TRUST )<br>401(k) PROFIT SHARING PLAN, )<br>)<br>Defendants. ) | No. 08 C 1167<br><br>Judge Samuel Der-Yeghiayan<br>Magistrate Judge Maria G. Valdez |

## CERTIFICATE OF SERVICE

I, Michael J. Scotti, III, an attorney, certify that, on July 21, 2008, true and correct copies of the foregoing Notice of Motion, Motion for Leave To File Reply Brief, Instanter and Defendants' Reply In Support of its 12(b)(6) Motion to Dismiss were transmitted to and served upon counsel for Plaintiff, named below, by way of the Court's Electronic Filing System, pursuant to Local Rule 5.9.

Mark D. Debofsky
Daley, Debofsky & Bryant
55 West Monroe, Suite 2440
Chicago, Illinois 60602
Counsel for Plaintiff

s/ Michael J. Scotti, III

1531435v1/07470-0012