**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

David Degroot
                   Plaintiff,

v.                                            Case No.: 1:08−cv−01167
                                                    Honorable Samuel Der−Yeghiayan

Suburban Bank & Trust Co., et al.
                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

     MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendants Suburban Bank & Trust Co. and Suburban Bank & Trust 401(k) Profit Sharing Plan's motion to file instanter Reply Brief [16] is granted. Status hearing set for 08/06/08 to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.