## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1167 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Degroot vs. Suburban Bank & Trust, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 02/11/09 at 9:00 a.m. All discovery shall be noticed in time to be completed by 02/06/09. Dispositive motions are to be filed by 03/06/09. Responses to the dispositive motions, if any, are to be filed by 03/20/09 and replies, if any, are to be filed by 03/27/09. For the reason stated in the Court's memorandum opinion dated 08/06/08, Defendants' 112(b)(6) motion to dismiss [9] is granted in part and denied in part. Defendants are to answer the remaining claims within 20 days.

■ [ For further detail see separate order(s).]           Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|