IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DE GROOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 08 C 1167 |
| ) | |
| SUBURBAN BANK & TRUST CO. ) | Judge Samuel Der-Yeghiayan |
| and SUBURBAN BANK & TRUST ) | Magistrate Judge Maria G. Valdez |
| 401(k) PROFIT SHARING PLAN, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Michael J. Scott, III, an attorney, certify that, on August 26, 2008, a true and correct copy of the foregoing **DEFENDANT'S ANSWER TO COMPLAINT** was transmitted to and served upon counsel for Plaintiff, named below, by way of the Court's Electronic Filing System, pursuant to Local Rule 5.9.

Mark D. Debofsky
Daley, Debofsky & Bryant
55 West Monroe, Suite 2440
Chicago, Illinois 60602
Counsel for Plaintiff

                                                                  s/ Michael J. Scotti, III

Michael J. Scotti, III #6205868
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6374
Facsimile: (312) 360-6994